COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| KEVIN JON HEATHER, | § | No. 08-08-00117-CR |
| Appellant, | § | Appeal from the |
| v. | § | 199th District Court |
| THE STATE OF TEXAS, | § | of Collin County, Texas |
| Appellee. | § | (TC# 199-80166-06) |
|  | § |  |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss this appeal pursuant to TEX.R.APP.P. 42.2(a). As required by that rule, the withdrawal of the notice of appeal is signed by Appellant. Further, the Clerk of this Court has forwarded a duplicate copy of the written withdrawal to the clerk of the trial court. Because Appellant has established compliance with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

June 30, 2008

ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Carr, JJ.

(Do Not Publish)